1

2    UNITED STATES DISTRICT COURT

3    DISTRICT OF NEVADA

4    RANDY ALAN EVANS,                              Case No. 3:20-cv-00621-RCJ-CLB

5         Plaintiff,                                 **ORDER**

6    v.

7    PERRY RUSSELL, *et al.*,

8         Defendants.

9

10       Previously, the Court granted Plaintiff 30 days to amend his 42 U.S.C. §1983

11   complaint.  Plaintiff has moved for an additional 30 days to amend his complaint.  (ECF No.

12   5.)  Accordingly, for good cause shown,

13       THE COURT **ORDERS** that Plaintiff's Motion for Additional Time to file an Amended

14   Complaint (ECF No. 5) is GRANTED;

15       THE COURT FURTHER **ORDERS** that Plaintiff shall have to and including Monday

16   November 8, 2021, to file an amended complaint.  No further extensions of time will be

17   granted.

18

19   DATED THIS 20th day of September 2021.

20                                                   _____

21                                                   Carla L. Baldwin
                                                     United States Magistrate Judge

22

23

24

25