UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDY ALAN EVANS,<br><br>　　　　　　　　　Plaintiff<br><br>　v.<br><br>PERRY RUSSELL et al.,<br><br>　　　　　　　　　Defendants | Case No. 3:20-cv-00621-RCJ-CLB<br><br>ORDER |

　　　　Plaintiff filed two motions to extend the stay and mediation for an additional six months. (ECF Nos. 15, 16). Plaintiff asserts that he will be released on parole in two to three months and intends to retain counsel for this case. (ECF No. 15 at 1). Plaintiff asserts that, if he has counsel at mediation, his case is much more likely to settle. (ECF No. 16 at 3.) Plaintiff states that, even absent counsel, Plaintiff will be able to participate in mediation more fully after his release from prison making it more likely that he will settle at mediation. (*Id.*)

　　　　The Court denies the motions. (ECF Nos. 15,16). The scheduled mediation will still take place on June 14, 2022. (*See* ECF No. 13). If Plaintiff does not settle at mediation, he may still try to obtain counsel after his release from prison. If he does retain counsel, his attorney may attempt to engage in settlement discussions with Defendants even after the scheduled mediation.

　　　　It is therefore ordered that the motions to stay the mediation (ECF Nos. 15, 16) are denied.

　　　　DATED THIS  11th  day of May 2022.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE