**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RANDY ALAN EVANS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>PERRY RUSSELL, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:20-CV-0621-RCJ-CLB<br><br>**ORDER TO SUBSTITUTE**<br><br>[ECF No. 24] |

Defendants entered a suggestion of death on the record as to Defendant Ed Papke. (ECF No. 24). Pursuant to Fed. R. Civ. P. 25(a)(1), if a motion for substitution by the decedent's successor or representative is not filed on or before **Monday, October 24, 2022**, Defendant Ed Papke must be dismissed from this action.

**IT IS SO ORDERED.**

**DATED**: July 27, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**