# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RANDY ALAN EVANS, | Case No. 3:20-CV-0621-RCJ-CLB |
| Plaintiff, | **ORDER TO CHANGE ADDRESS** |
| v. | |
| PERRY RUSSELL, *et al.*, | |
| Defendants. | |

On July 27, 2022, the Court issued an order re a suggestion of death of one of the Defendants in this case. (ECF No. 25.) The order was served on Plaintiff Randy Evans ("Evans") via e-filing at the Lovelock Correctional Center ("LCC"). (*Id.*) LCC returned the order which was addressed to Evans with a handwritten note that said, "RTS Inmate is PAR." (ECF No. 26.) The Court through its experience understands this note to mean Evans has been paroled. In addition, the Nevada Department of Corrections public database also lists Evans as paroled. Pursuant to Local Rule IA 3-1, Evans must immediately file with the court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Evans shall have until **Friday, August 26, 2022** to file a notice of change of address or this court will recommend that this action be dismissed.

DATED: July 27, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**